### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BROOK DANIEL, et al. ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> 34 FLOOR HOSPITALITY L.L.C., et al. ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 1:22-cv-00969-CKK |

### JOINT MOTION FOR SETTLEMENT APPROVAL

Plaintiffs, jointly with Defendants, 34 Floor Hospitality L.L.C. and Oz Hospitality, L.L.C. (collectively, the "Parties"), hereby submit this Joint Motion for Settlement Approval. For the reasons set forth in the attached Memorandum of Law and exhibits, the proposed settlement is a fair and reasonable resolution of a *bona fide* dispute and should be approved. The signed Settlement Agreement with attached Settlement Notice and Claim Form (**Exhibit 1**) and a supporting declaration from Plaintiffs' Counsel Molly A. Elkin (**Exhibit 2**) are attached hereto, as is a Proposed Order (**Exhibit 3**).

Specifically, the Parties respectfully request that this Court enter an Order:

(1) approving the Settlement reached by the Parties in this action as fair and reasonable;

(2) incorporating the terms of the Agreement into the Settlement Approval Order;

(3) approving the form of the proposed Settlement Notice attached as Exhibit A (the "Settlement Notice") and the Claim Form attached as Exhibit B (the "Claim Form") to the Settlement Agreement, and directing the mailing of the same;

(4) approving the Service Awards;

(5) approving Plaintiffs' Counsel's award of attorneys' fees and expenses;

(6)  approving the Settlement Administrator's expenses;

(7)  dismissing the Litigation with prejudice; and

(8)  retaining jurisdiction for three years from the date of the Order to interpret, implement, and enforce the terms of the Agreement.

Date:  January 31, 2023                                Respectfully submitted,

          */s/ Molly A. Elkin*
Molly A. Elkin (D.C. Bar No. 450295)
Sarah M. Block (D.C. Bar No. 1026577)
McGILLIVARY STEELE ELKIN LLP
1101 Vermont Ave., NW
Suite 1000
Washington, DC 20005
Telephone: (202) 833-8855
Fax: (202) 452-1090
mae@mselaborlaw.com
smb@mselaborlaw.com

*Attorneys for Plaintiffs*

          */s/ Marty Heller*
Daniel E. Farrington
Fisher & Phillips LLP
7501 Wisconsin Ave.
Suite 1220W
Bethesda, MD 20814
dfarrington@fisherphillips.com

Marty Heller
Fisher & Phillips LLP
1075 Peachtree Street, NE
Suite 3500
Atlanta, GA 30309
mheller@firsherphillips.com

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

The undersigned attorney certifies that on January 31, 2023, a copy of the foregoing document and accompanying memorandum and attachments were served on the following individuals by filing the documents on the Court's CM/ECF system:

Daniel E. Farrington
Fisher & Phillips LLP
7501 Wisconsin Ave.
Suite 1220W
Bethesda, MD 20814
dfarrington@fisherphillips.com

Marty Heller
Fisher & Phillips LLP
1075 Peachtree Street, NE
Suite 3500
Atlanta, GA 30309
mheller@firsherphillips.com

*Counsel for Defendants*

                                             */s/ Molly A. Elkin*
                                             Molly A. Elkin