# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

BROOK DANIEL, *et al.*,

      Plaintiffs,

v.

34 HOSPITALITY L.L.C., *et al.*,

      Defendants.

Civil Action No. 22-0969(CKK)

## ORDER
(February 1, 2023)

Upon consideration of the Parties' [22] Joint Motion for Settlement Approval, it is hereby **ORDERED** that the Motion is granted, and further **ORDERED** that:

(1) the Settlement reached by the Parties in this action resolves *bona fide* disputes and is fair, adequate, and reasonable;

(2) the Settlement was the product of serious, informed, non-collusive negotiations conducted at an arm's length by the parties;

(3) the terms of the Agreement are incorporated into this Settlement Approval Order;

(4) the form of the proposed Settlement Notice attached as Exhibit A and the Claim Form attached as Exhibit B to the Settlement Agreement are approved, and the mailing of the same is ordered in accordance with the terms of the Settlement Agreement;

(5) the Service Awards to the Named Plaintiffs are approved;

(6) Plaintiffs' Counsel's attorneys' fees and expenses are approved;

(7) the Settlement Administrator's expenses are approved;

(8) the above-captioned litigation is dismissed with prejudice; and

(9) this Court retains jurisdiction for three years from the date of this Order to interpret, implement, and enforce the terms of the Agreement.

**SO ORDERED**.

Date: February 1, 2023

                                                /s/
                                        COLLEEN KOLLAR-KOTELLY
                                        United States District Judge